IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSALINDA GARZA and RAMIRO GARZA, | § § | |
| Plaintiffs | § § | CASE NO.: 1:15-CV-00063-SS |
| vs. | § § § | |
| GO FORWARD ADVENTURES, LLC and SIGNATURE RESEARCH, INC., | § § | JURY TRIAL DEMAND |
| Defendants | § § | |

## DEFENDANT SIGNATURE RESEARCH, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Signature Research, Inc. (SRI) files this corporate disclosure statement with the court clerk as required by Federal Rule of Civil Procedure 7.1 and would respectfully show the Court as follows:

1. SRI is not a publicly held corporation or other publicly held entity.

2. SRI does not have any parent corporations.

3. SRI does not have 10% or more of its stock owned by a publicly held corporation or other publicly held entity.

4. There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

Respectfully submitted,

/s/ *Patrick J. Fitzgerald*
Steve Skarnulis
State Bar No. 24041924
skarnulis@cstrial.com
Patrick J. Fitzgerald
State Bar No. 24036566
pfitzgerald@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900

Austin, Texas 78701
512-477-5000
512-477-5011—Fax
**ATTORNEYS FOR SIGNATURE RESEARCH, INC.**

CERTIFICATE OF SERVICE

I certify that on the 8th day of April 2015, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system in compliance with the Federal Rules of Civil Procedure

| Method of Service | Party(ies) | Counsel |
|---|---|---|
| *EF/ECM* | Plaintiffs Rosalinda and Ramiro Garza | Blake C. Erskine, Jr.<br>berskine@erskine-blackburn.com<br>Mark B. Blackburn<br>mblackburn@erskine-blackburn.com<br>Charlie Garcia<br>cgarcia@erskine-blackburn.com<br>6618 Sitio del Rio, Building C-101<br>Austin, Texas 78730<br>512-684-8900<br>512-684-8920 – Facsimile<br>And<br>J. Javier Gutierrez<br>Javier@gutierrezlawfirm.com<br>700 East Third Street<br>Alice, Texas 78332<br>361-664-7377<br>361-664-7245 – Facsimile |
| *EF/ECM* | Defendant Go Forward Adventures, LLC | Jeff D. Otto<br>jotto@thomp;soncoe.com<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>701 Brazos, Suite 1500<br>Austin, Texas 78701<br>512-708-8220<br>512-708-8777 – Facsimile |

        /s/ *Patrick J. Fitzgerald*
Patrick J. Fitzgerald