THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSALINDA GARZA AND § | | |
| RAMIRO GARZA § | | |
| § | | |
|     COMPLAINANTS § | | |
| § | | |
| vs. § | Civil Action No. 1:15-cv-00063-SS | |
| § | | |
| GO FORWARD ADVENTURES, L.L.C. § | | |
| D/B/A HERO RUSH AND SIGNATURE § | | |
| RESEARCH, INC. § | | |
| § | | |
|     DEFENDANTS § | | |

## NOTICE OF SERVING COMPLAINANTS' DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS

TAKE NOTICE that Complainants, by and through their counsel of record, served the instrument identified below on Defendants with a copy to all parties in this matter on the 14th day of July, 2016:

Plaintiffs, Rosalinda Garza and Ramiro Garza's Designation of Potential Trial Witnesses, Testifying Experts, and Proposed Trial Exhibits, pursuant to the Court's Scheduling Order in this cause and counsels' agreement of July 1, 2016.

The undersigned retains the original, signed documents among the papers of this case, which are available for inspection upon request.

Dated: July 14, 2016.                    Respectfully submitted,

                                                  ERSKINE & BLACKBURN, L.L.P.

                                                By: */s/ Charlie Garcia*

                                                **BLAKE C. ERSKINE, JR.**
                                                Federal Bar No. 27042
                                                State Bar of Texas No. 00786383

                                                **MARK B. BLACKBURN**
                                                Federal Bar No. 14680
                                                State Bar No. 02388990
                                                Email: mblackburn@erskine-blackburn.com

                                                **CHARLIE GARCIA**
                                                Federal Bar No. 1151007
                                                State Bar No. 24069755

Email: cgarcia@erskine-blackburn.com

6618 Sitio del Rio, Bldg. C-101
Austin, Texas 78730
Telephone (512) 684-8900
Facsimile (512) 684-8920

And

**J. JAVIER GUTIERREZ**
State Bar No. 24045997
700 East Third Street
Alice, Texas 78332
Telephone: (361) 664-7377
Facsimile: (361) 664-7245
Email: Javier@gutierrezlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following counsel of record on this the 14th day of July, 2016:

Steve Skarnulis
skarnulis@cstrial.com
Patrick Fitzgerald
pfitzgerald@cstrial.com
Cain & Skarnulis, PLLC
400 West 15th Street, Suite 900
Austin, TX 78701
Attorney of record for Defendant Signature Research, Inc.

Jeffrey D. Otto
jotto@thompsoncoe.com
Sean Crowley
scrowley@thompsoncoe.com
Thompson Coe
701 Brazos, Suite 1500
Austin, TX 78701
Attorney of record for Defendant Go Forward Adventures, d/b/a Hero Rush

                                                  By: */s/ Charlie Garcia*
                                                          Charlie Garcia